IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES LYNELL SIMS,

    Petitioner,

v.                             Case No.  4:16cv540-MW/GRJ

FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Petition Under U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, ECF No. 1, is **DISMISSED** and all pending motions are terminated."   The Clerk shall close the file.

**SO ORDERED on October 25, 2016.**

                                            s/Mark E. Walker    
                                            **United States District Judge**